# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1436**
**KA 10-01660**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                            ORDER

STEPHEN M. COLLINS, DEFENDANT-APPELLANT.

---

SCOTT P. FALVEY, CANANDAIGUA, FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (HEATHER A. PARKER OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered November 27, 2002. The judgment convicted defendant, upon his plea of guilty, of use of a child in a sexual performance and course of sexual conduct against a child in the second degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: December 23, 2011                    Frances E. Cafarell
                                              Clerk of the Court